## NIPPON DRY GOODS CO., INC. *v.* UNITED STATES

**No. 5144.**—Invoices dated Yokohama, Japan, April 6, 1936, etc.
Entered at New York May 5, 1936, etc.
Entry Nos. 31914, etc.

(Decided March 4, 1941)

*Sharretts & Hillis* (*Arthur L. Tallman* of counsel) for the plaintiff.
*Charles D. Lawrence*, Acting Assistant Attorney General (*Daniel I. Auster,* special attorney), for the defendant.

TILSON, Judge: The appeals listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon a stipulation to the effect that the issue herein and the issue in *United States* v. *Nippon Dry Goods Co.*, Reap. Dec. 5006, is the same, and that the appraised value, less any additions made by the importer by reason of the so-called Japanese consumption tax, represents the export value, and that there was no foreign value which was higher.

On the agreed facts I find and hold the proper dutiable export value of the rayon wearing apparel and the rayon footwear on the invoices covered by said appeals to be the value found by the appraiser, less any amount added by the importer by reason of the so-called Japanese consumption tax. Judgment will be rendered accordingly.